# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NOOR AYESHA NH, | : | Case No. 2:22-cv-3154 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| SIDDIKA AYESHA, *et al.*, | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Peter B. Silvain, Jr. (Doc. #4), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) and Federal Rule of Civil Procedure 12(h)(3); and

2. The case is terminated on the docket of this Court.

September 26, 2022

s/Thomas M. Rose
Thomas M. Rose
United States District Judge